# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS RAMIREZ-DURAN * | |
|    Plaintiff(s) * | |
| * | |
| vs. * | |
| * | **CV. 04-1884 (JAG/ADC)** |
| JO ANNE B. BARNHART * | |
| Commissioner of Social Security * | |
|    Defendant(s) * | |
| * | |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, United States Magistrate Judge, entered an Order for Entry of Judgment on March 2, 2006.

Therefore, Judgment is **HEREBY ENTERED** in accordance with the Court's Opinion and Order issued on March 2, 2006.

Defendant is ordered to pay to Plaintiff the amount of $3,361.25 in attorney fees (a total of 26.89 hours at the hourly rate of $125.00).

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 3rd day of March, 2006.

                                              FRANCES RIOS DE MORAN
                                               Clerk of the Court


                                               By: s/Sarah V. Ramón
                                                   Sarah V. Ramón, Deputy Clerk